# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Western Division

Custodio Garcia

                            Plaintiff,

v.                                                     Case No.: 3:19−cv−50306

                                                             Honorable John Z. Lee

Muller−Pinehurst Dairy, Inc., et al.

                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 19, 2019:

      MINUTE entry before the Honorable Lisa A. Jensen: Initial status hearing set for 2/13/2020 at 9:00 AM. The parties shall jointly complete the PDF fillable initial status report form found on Judge Jensen's webpage under Initial Status Conferences and Reports and file by 2/06/2020. Lead counsel with full knowledge of the case must appear in person at the initial status hearing. Plaintiff is directed to notify any party filing an appearance to the entry of this order. Mailed notice (jk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.