# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.1
### Western Division

Custodio Garcia
                                  Plaintiff,

v.                                                      Case No.: 3:19−cv−50306
                                                                Honorable John Z. Lee

Muller−Pinehurst Dairy, Inc., et al.
                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 25, 2019:

      MINUTE entry before the Honorable John Z. Lee: Pursuant to IOP 11(d), this case is generally referred to the magistrate judge, except for the following types of hearings and motions: (1) initial review of complaints in cases filed by prisoners or persons seeking a waiver of the filing fee; (2) dispositive motions; (3) Daubert motions and related hearings; (4) any motions filed while a summary judgment motion is pending or thereafter; (5) motions concerning the scheduling or conduct of the trial; (6) all final pretrial motions, including motions in limine; and (7) trial. These excluded matters will be handled by Judge Lee, absent further order of the Court. Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.